UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:18-cr-69-SPC-MRM

EDDIE JUNIOR SAEZ

### ORDER[1]

Before the Court is Defendant Eddie Junior Saez's pro se Motion Request for Production of Copies of "All" Discovery Material and Documents in this Matter. (Doc. 154). Defendant seeks the Court to give him—free of charge—"the necessary legal material and discovery documents" so he "can move forward in preparation of filing his 28 U.S.C. § 2241 petition." He has asked his former attorney for the documents to no avail.

Last year, the Eleventh Circuit issued its Mandate affirming Defendant's conviction and sentence. (Doc. 149). Since then, Defendant has not moved for habeas relief under 28 U.S.C. § 2241. Yet he seems interested in doing so. Defendant may not have the requested copies, however, with no such matter pending in this Court. See Harless v. United States, 329 F.2d 397 (11th Cir. 1964) ("A federal prisoner is not entitled to obtain copies of court

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

records at Government expense for the purpose of searching the record for possible error."). Should Defendant file a proper § 2241 motion, he may renew his request for copies.[2]  See *United States v. Ciszkowski,* No. 8:05-CR-36-T-23TBM, 2008 WL 2742697, at *1 (M.D. Fla. July 11, 2008).

Accordingly, it is now

**ORDERED:**

Defendant Eddie Junior Saez's pro se Motion Request for Production of Copies of "All" Discovery Material and Documents in this Matter (Doc. 154) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on September 21, 2021.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[2] Defendant has filed a motion to vacate under 28 U.S.C. § 2255. (Doc. 150; Doc. 152). To the extent that Defendant is requesting copies for that matter, he must file an appropriate motion in that case, which is styled as *Saez v. United States*, No. 2:21-cv-531-SPC-NPM (M.D. Fla.).